**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                   Case No. 11-04807-13 _____

GALARZA NAZARIO, EPIFANIO _____   Chapter 13 _____
                          Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ | ☑ AMENDED PLAN DATED: 6/04/2011 |
|---|---|
| ☐ PRE ☐ POST-CONFIRMATION | Filed by: ☑ Debtor ☐ Trustee ☐ Other |

### I. PAYMENT PLAN SCHEDULE

$_____520.00 x __60 = $_____31,200.00
$_____ x_____ = $ _____
$_____ x_____ = $ _____
$_____ x_____ = $ _____
$_____ x_____ = $ _____

TOTAL: $ _____31,200.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $ _____

PROPOSED BASE: $ _____31,200.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____2,794.00

Signed: /s/ EPIFANIO GALARZA NAZARIO
_____
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. SISTEMA DE RETIRO AEI   Cr. _____   Cr. _____
  # 365725                      # _____      # _____
  $ _____1.00                  $ _____      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
  # _____      # _____      # _____
  $ _____      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
  # _____      # _____      # _____
  $ _____      $ _____      $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
  GEREN-COOP
5. ☐ Other: _____
  _____
6. ☑ Debtor otherwise maintains regular payments directly to:
  SISTEMA DE RETIRO AEI
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
             ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
  # _____      # _____      # _____
  $ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*) AILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY  PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

Attorney for Debtor Jose Prieto _____   Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only